**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 16-cv-01709-MEH

JAMES R. PLYLER and
TRACI L. PLYLER,
individually and on behalf of
all other similarly situated persons,

        Plaintiffs,

vs.

SPECIALIZED LOAN SERVICING LLC,

        Defendant.

**RULE 41(a)(1)(A)(ii) STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Settlement Agreement and Release executed by the parties, James R. Plyler and Traci L. Plyler and Specialized Loan Servicing LLC stipulate to the dismissal of this action, <u>with prejudice</u>, each party to bear his, her or its own attorneys' fees and costs.

DATED:  September 1, 2016

*s/* Alan M. Mansfield
Alan M. Mansfield
(Admitted Dec. 15, 2000)
WHATLEY KALLAS, LLP
16870 W. Bernardo Dr., Suite 400
San Diego, CA 92127
Tel: 858-674-6641
Fax: 855-274-1888
amansfield@whatleykallas.com

*Attorneys for Plaintiffs*

DATED:  September 1, 2016    Respectfully submitted,

s/ Matthew A. Morr
Andrew J. Petrie
Matthew A. Morr
J. Matt Thornton
BALLARD SPAHR  LLP
1225 Seventeenth Street, Suite 2300
Denver, Colorado  80202-5596
Telephone:  303-292-2400
Facsimile:  303-296-3956
petriea@ballardspahr.com
morrm@ballardspahr.com
thorntonj@ballardspahr.com

*Attorneys for Defendant*
*Specialized Loan Servicing LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the  1st   day of   September  , 2016, a true and correct copy of the foregoing **RULE 41(a)(1)(A)(ii) STIPULATION OF DISMISSAL** was electronically filed using the CM/ECF system, which will send notification of such filing to counsel of record.

        /s/ Alan M. Mansfield
       Alan M. Mansfield